United States District Court
Northern District of California
Oakland Division

**FILED**

APR 24 2014


CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States of America )  Case No. CR-14-00183 YGR
                         )
v.                       )  STIPULATED ORDER EXCLUDING TIME
                         )  UNDER THE SPEEDY TRIAL ACT
Darrian Leondre Perry,   )
                         )
       Defendant.        )

For the reasons stated by the parties on the record on April 24, 2014, the Court excludes time under the Speedy Trial Act from April 24, 2014 to May 15, 2014 and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factors:

_____  Failure to grant a continuance would be likely to result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(7)(B)(i).

_____  The case is so unusual or so complex, due to [check applicable reasons] _____ the number of defendants, _____ the nature of the prosecution, or _____ the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by this section. See 18 U.S.C. § 3161(h)(7)(B)(ii).

_____  Failure to grant a continuance would deny the defendant reasonable time to obtain counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

_____  Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given counsel's other scheduled case commitments, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

✓  Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: April 24, 2014

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATED:

_____        _____
Angela M. Hansen                 Christina McCall
Attorney for Defendant           Assistant United States Attorney